# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.

FEB 17 2010

U.S. DISTRICT COURT
W. DIST. OF NC

ANTHONY BROWN,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV4-1-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2010, Order.

This 17th day of February, 2010.

FRANK G. JOHNS, CLERK

*Carolyn B. Bouchard*
By: Deputy Clerk